No. 5549. ALLEN *v.* PERINI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied. 

No. 5551. CORTEZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 5554. BUNKER *v.* NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 5566. YOUNG *v.* ZELKER, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 5567. JONES *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied. 

No. 5571. CAPITOLI *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. 

No. 5578. DANIEL *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 4th Cir. Certiorari denied. 

No. 5581. PEPITONE *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 5582. SPOSATO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 5583. HAROLD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 5584. MARSHALL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 5588. FALANGE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 5590. CAMPBELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.